JLF 149
(3-27-87)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF MISSISSIPPI

IN RE: Life Style Furniture Company, Inc.

CASE NO. ___07-12127___

DEBTOR(S)

ORDER AUTHORIZING
DEBTOR-IN-POSSESSION TO EMPLOY PROFESSIONAL PERSON

This cause having come on for consideration of the application of the debtor-in-possession to employ professional person, and the court, having considered said application and otherwise being fully advised, is of the opinion that the application is well taken and should be approved.

IT IS THEREFORE ORDERED AND ADJUDGED that the employment of Ashby & Associates, PLLC _____As __Accountants_____ For __Life Style Furniture Company, Inc.____, debtor-in-possession, be and it is hereby approved.

IT IS FURTHER ORDERED AND ADJUDGED that said professional person shall be entitled to receive reasonable compensation and to receive reimbursement of actual, necessary expenses only after notice and a hearing as contemplated by 11 U.S.C. §330, Rule 2016, Federal Rules of Bankruptcy Procedure, and any other applicable or related statutes and rules.

IT IS FURTHER ORDERED AND ADJUDGED that this order applies for any funds that might have been received by said professional person as a retainer or of a similar nature.

IT IS FURTHER ORDERED AND ADJUDGED that any application for compensation and reimbursement for expenses shall set forth the date of entry of all previous orders allowing compensation and expenses and the amounts so allowed.

ORDERED AND ADJUDGED on this the __3rd__ Day of __October__, 2007.

DAVID W. HOUSTON, III
UNITED STATES BANKRUPTCY JUDGE